UNITED STATES of America,
Plaintiff–Appellee

v.

Edward MCDONALD, Defendant–
Appellant.

No. 08–40228
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

June 16, 2009.

Gerard Raphael Rawls, U.S. Attorney's Office, Beaumont, TX, for Plaintiff–Appellee.

Frank Warren Henderson, Assistant Federal Public Defender, Federal Defender's Office, Tyler, TX, for Defendant–Appellant.

Before SMITH, BENAVIDES, and HAYNES, Circuit Judges.

UNITED STATES of America,
Plaintiff–Appellee

v.

Jamon Earl James LEE, Defendant–
Appellant.

No. 08–40435
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

June 16, 2009.

John Bulkley Ross, U.S. Attorney's Office Eastern District of Texas, Beaumont, TX, for Plaintiff–Appellee.

Todd Weldon Leblanc, Beaumont, TX, for Defendant–Appellant.

Before SMITH, BENAVIDES, and HAYNES, Circuit Judges.

PER CURIAM: *

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

The attorney appointed to represent Jamon Earl James Lee has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Lee has filed a response. The record is insufficiently developed to allow consideration at this time of Lee's claims of ineffective assistance of counsel; such claims generally "cannot be resolved on direct appeal when [they have] not been raised before the district court since no opportunity existed to develop the record on the merits of the allegations." *United States v. Cantwell,* 470 F.3d 1087, 1091 (5th Cir.2006) (internal quotation marks and citation omitted). Our independent review of the record, counsel's brief, and Lee's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. Lee's motion for appointment of counsel is DENIED.

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be